## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  Case No. 3:99 cr 264 (PCD)

LYLE JONES

### ORDER RE: REDUCTION OF SENTENCE RE: CRACK COCAINE OFFENSE

Defendant's motion for re-sentencing is denied.

Though the sentencing guidelines are now required to be considered and are not mandatory as at the time of the original sentencing, upon full review of the record of this case and the pending motion, the factors in the record as rated at the original sentencing remain to be considered now and after consideration there is no basis found from imposing any different sentence even though the guidelines are now only advisory. Accordingly the sentence originally imposed will not be reduced.

SO ORDERED.

Dated at New Haven, Connecticut, August 11, 2009.

/s/
Peter C. Dorsey, Senior
United States District Judge